1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JACQUIE SCHAFER, | Case No. 2:25-cv-00957-RFB-MDC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM REUBART, | |
| Respondent. | |

Before the Court is Petitioner Jacquie Schafer's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition"). Schafer has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Schafer has 45 days from the date of this Order, unless more time is requested, to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

**IT IS THEREFORE ORDERED** that within 45 days of the date of this Order, Petitioner Jacquie Schafer must file an IFP application that includes the three documents listed above <u>or</u> pay the $5 filing fee.

1    **IT IS FURTHER ORDERED** that the Clerk of Court send Schafer a blank copy of the

2  IFP application form for inmates along with instructions.

3    **IT IS FURTHER ORDERED** that Schafer's failure to timely comply with this Order will

4  result in the dismissal of this action without prejudice and without further advance notice.

5    **DATED:** June 2, 2025.

6

7    **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28