# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACQUIE SCHAFER,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 2:25-cv-00957-RFB-MDC<br><br>**EXTENSION ORDER** |

Before the Court is Respondents' motion for an extension of time to file their response to Petitioner Jacquie Schafer's petition (ECF No. 7.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** the Motion to Extend Time (ECF No. 7) is **GRANTED**. Respondents have up to and including January 7, 2026, to file their response.

**DATED:** November 9, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE