**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JACQUIE SCHAFER,

       Petitioner,

   v.

WILLIAM REUBART, *et al.*,

       Respondents.

Case No. 2:25-cv-00957-RFB-MDC

**EXTENSION ORDER**

This habeas matter is before this Court on Respondents' motion for a 47-day extension of time to file their response to Petitioner Jacquie Schafer's petition (ECF No. 9). This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that the motion for extension of time (ECF No. 9) is **GRANTED** *nunc pro tunc*. Respondents have up to, and including, February 23, 2026, to file their response.

**DATED:** January 14, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**