**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JACQUIE SCHAFER,

       Petitioner,

    v.

WILLIAM REUBART, *et al.*,

       Respondents.

Case No. 2:25-cv-00957-RFB-MDC

**EXTENSION ORDER**

Before the Court is Respondents' Motion for Enlargement of Time (ECF No. 11). Through it, Respondents seek an additional 21 days to respond to Ms. Jacquie Schafer's petition for a writ of habeas corpus. See generally ECF No. 11. This is Respondents third request for an extension of this deadline, and it remains unopposed.

Good cause being found, **IT IS HEREBY ORDERED** Respondents' Motion for Enlargement of Time (ECF No. 11) is **GRANTED** *nunc pro tunc*. Respondents now have up to, and including, March 16, 2026, to file their return.

**DATED:** March 11, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**