UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JACQUIE SCHAFER,

Petitioner,

v.

WILLIAM REUBART, et al.

Respondents.

Case No. 2:25-cv-00957-RFB-MDC

**EXTENSION ORDER**

This habeas matter is before this Court on Petitioner Jacquie Schafer's unopposed motion for a 60-day extension of time to file her amended petition. (ECF No. 47.) This is Schafer's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 47) is granted. Schafer has up to and including October 23, 2026, to file her amended petition.

**DATED:** August 24, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**