Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Jacquie Schafer

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jacquie Schafer,

Petitioner,

v.

William Reubart, *et al.*,

Respondents.

Case No. 2:25-cv-00957-RFB-MDC

**Unopposed Motion for Extension of Time to File First Amended § 2254 Petition**

**(Second Request)**

## POINTS AND AUTHORITIES

Petitioner Jacquie Schafer respectfully moves for an extension to file her amended § 2254 petition by 60 days until December 22, 2026. The current deadline is October 23, 2026. Respondents, by Deputy Attorney General Christine M. Greve, do not object to this request for an extension. Respondents' lack of objection should not be construed as a waiver or concession of any kind or construed as agreeing with the accuracy of the representations in this motion. This is Petitioner's second request for an extension.

Petitioner filed her pro se federal habeas petition on May 30, 2025.[1] On March 16, 2026, Respondents moved to dismiss the Petition.[2] In response, Schafer moved for the appointment of counsel,[3] which the court granted.[4] Undersigned counsel appeared on May 5, 2026.[5]

Counsel for Petitioner has been diligent in working this case, but he has also been busy with multiple time-sensitive § 2241 cases, an amended petition with an AEDPA deadline, and a Reply to Answer in another § 2254 case.

///

///

///

///

///

///

///

---

[1] ECF Nos. 1-1, 1-2.

[2] ECF No. 42.

[3] ECF No. 43.

[4] ECF No. 44.

[5] ECF No. 45.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Petitioner. Counsel respectfully asks this Court to grant Petitioner's request to extend the time.

Dated October 23, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Y. Sung*
Ron Y. Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: October 23, 2026